Brian P. Trelease, Esq. - (#021352009)
**RAINONE COUGHLIN MINCHELLO, LLC**
555 U.S. Route 1, South
Suite 440
Iselin, NJ 08830
Tel: (732) 709-4182
Fax: (732) 791-1555
*Attorneys for Defendants, Township of Marlboro Zoning Board of Adjustment, Township of Marlboro, Jonathan Hornik, Township Council of the Township of Marlboro, Michael Milman, Antoinette DiNuzzo, and Nicholas Stella*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MOHAMMAD TAHIR and MUSLIM CENTER OF NEW JERSEY, INC. d/b/a MARLBORO MUSLIM CENTER<br><br>Plaintiff(s),<br><br>vs.<br><br>TOWNSHIP OF MARLBORO ZONING BOARD OF ADJUSTMENT; TOWNSHIP OF MARLBORO, NEW JERSEY; JONATHAN HORNIK, in his individual capacity and official capacity as MAYOR of the TOWNSHIP OF MARLBORO; TOWNSHIP COUNCIL OF THE TOWNSHIP OF MARLBORO, MICHAEL MILMAN, ANTOINETTE DINUZZO and NICHOLAS STELLA, in their individual capacities and official capacities as COUNCIL MEMBERS OF THE TOWNSHIP OF MARLBORO<br><br>Defendant(s). | Civil Action No:<br>3:26-cv-12766-RK-JTQ<br><br>**APPLICATION FOR EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE REPLY**<br><br>*(Document Electronically Filed)* |

Application is hereby made for a Clerk's Order extending time within which Defendants, Township of Marlboro Zoning Board of

Adjustment, Township of Marlboro, Jonathan Hornik, Township Council of the Township of Marlboro, Michael Milman, Antoinette DiNuzzo, and Nicholas Stella, may answer, move, or otherwise reply to the Complaint filed by Plaintiffs herein and it is represented that:

1. No previous extension has been obtained;
2. Service of Process was effectuated on October 16, 2026;
3. Time to Answer, Move or otherwise Reply expires on Friday, November 6, 2026.

**RAINONE COUGHLIN MINCHELLO, LLC**
*Attorney for Defendants, Township of Marlboro Zoning Board of Adjustment, Township of Marlboro, Jonathan Hornik, Township Council of the Township of Marlboro, Michael Milman, Antoinette DiNuzzo, and Nicholas Stella*

BY: /s/Brian P. Trelease
*Brian P. Trelease, Esq.*

**ORDER**

The above application is ORDERED GRANTED extended to November 20, 2026.

ORDER DATED: ____________________

WILLIAM T. WALSH, Clerk

By:__________________________