**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

MOHAMMAD TAHIR and MUSLIM CENTER OF NEW JERSEY, INC. d/b/a MARLBORO MUSLIM CENTER,

Plaintiffs,

v.

TOWNSHIP OF MARLBORO ZONING BOARD OF ADJUSTMENT; TOWNSHIP OF MARLBORO, NEW JERSEY; JONATHAN HORNIK, in his individual capacity and official capacity as MAYOR of the TOWNSHIP OF MARLBORO, TOWNSHIP COUNCIL OF THE TOWNSHIP OF MARLBORO; MICHAEL MILMAN, ANTOINETTE DINUZZO, and NICHOLAS STELLA, in their individual capacities and official capacities as COUNCIL MEMBERS OF THE TOWNSHIP OF MARLBORO,

Defendants.

Civil Action No. 3:26-cv-12766

**NOTICE OF MOTION FOR *PRO HAC VICE* ADMISSION OF CATHERINE J. DJANG**

PLEASE TAKE NOTICE that upon the accompanying Certification of Anthony J. Wong, Esq. and the Certification of Catherine J. Djang, Esq., the undersigned will move before this Court for an Order pursuant to Local Civil Rule 101.1(c) of the Local Rules of the United States District Court for the District of New Jersey granting admission of Catherine J. Djang *pro hac vice* to the bar of this Court for the purpose of representing the *amici curiae* the American Civil Liberties Union of New Jersey and AAPI New Jersey in the above-captioned proceeding.

Dated: New York, New York
October 30, 2026

Respectfully submitted,

*/s/ Anthony J. Wong*

Anthony J. Wong (NJ 499242024)
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036-6710
Tel: (212) 336-2000
awong@pbwt.com
*Attorney for* Amici Curiae *American Civil Liberties Union of New Jersey and AAPI New Jersey*