**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

MOHAMMAD TAHIR and MUSLIM CENTER OF NEW JERSEY, INC. d/b/a MARLBORO MUSLIM CENTER,

Plaintiffs,

v.

TOWNSHIP OF MARLBORO ZONING BOARD OF ADJUSTMENT; TOWNSHIP OF MARLBORO, NEW JERSEY; JONATHAN HORNIK, in his individual capacity and official capacity as MAYOR of the TOWNSHIP OF MARLBORO, TOWNSHIP COUNCIL OF THE TOWNSHIP OF MARLBORO; MICHAEL MILMAN, ANTOINETTE DINUZZO, and NICHOLAS STELLA, in their individual capacities and official capacities as COUNCIL MEMBERS OF THE TOWNSHIP OF MARLBORO,

Defendants.

Civil Action No. 3:26-cv-00071-MCA-JSA

**CERTIFICATION OF ANTHONY J. WONG IN SUPPORT OF APPLICATION FOR *PRO HAC VICE* ADMISSIONS**

**(Filed Electronically)**

ANTHONY J. WONG hereby declares:

1. I am an attorney at law of the State of New Jersey and member of the firm of Patterson Belknap Webb & Tyler LLP, counsel for the proposed *amici curiae* the American Civil Liberties Union of New Jersey ("ACLU-NJ") and AAPI New Jersey ("AAPI-NJ") (collectively, "*Amici*") in the above-captioned matter. I submit this Declaration in support of the *Amici's* applications for the admission *pro hac vice* of Timothy A. Waters and Catherine J. Djang (collectively, "*Pro Hac Vice* Counsel"), who are members of the firm of Patterson Belknap Webb & Tyler LLP.

2. The *Amici* seek the admission of *Pro Hac Vice* Counsel pursuant to Local Civil Rule 101.1(c) for purposes of appearance and participation in this action.

3. Counsel for Plaintiffs has informed me that Plaintiffs do not object to the admission of *Pro Hac Vice* Counsel in this matter. I have attempted, by email and by phone, to reach counsel for Defendants, but I have not received a response from counsel prior to this filing.

4. If the Court grants *Amici's* application, I will continue to serve as counsel of record in this matter, will review and sign all pleadings, briefs, and other papers filed with the Court, will be present for all appearances before the Court unless previously excused from appearing by the Court, will be responsible for the conduct of this action and for the conduct of *Pro Hac Vice* Counsel, and will otherwise comply with all the terms and conditions of Local Civil Rule 101.1(c).

5. I certify under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
October 30, 2026

Respectfully submitted,

*/s/ Anthony J. Wong*
Anthony J. Wong (NJ 499242024)
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036-6710
Tel: (212) 336-2000
awong@pbwt.com
*Attorney for* Amici Curiae *the American Civil Liberties Union of New Jersey and AAPI New Jersey*