**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

MOHAMMAD TAHIR and MUSLIM CENTER OF NEW JERSEY, INC. d/b/a MARLBORO MUSLIM CENTER,

Plaintiffs,

v.

TOWNSHIP OF MARLBORO ZONING BOARD OF ADJUSTMENT; TOWNSHIP OF MARLBORO, NEW JERSEY; JONATHAN HORNIK, in his individual capacity and official capacity as MAYOR of the TOWNSHIP OF MARLBORO, TOWNSHIP COUNCIL OF THE TOWNSHIP OF MARLBORO; MICHAEL MILMAN, ANTOINETTE DINUZZO, and NICHOLAS STELLA, in their individual capacities and official capacities as COUNCIL MEMBERS OF THE TOWNSHIP OF MARLBORO,

Defendants.

Civil Action No. 3:26-cv-12766

**CERTIFICATION OF CATHERINE J. DJANG IN SUPPORT OF MOTION FOR *PRO HAC VICE* ADMISSION**

CATHERINE J. DJANG, of full age, hereby declares under penalty of perjury as follows:

1. I am an attorney at law of the State of New York and a member of the firm of Patterson Belknap Webb & Tyler LLP, with offices at 1133 Avenue of the Americas, New York, New York 10036-6710.

2. I submit this Certification in support of the American Civil Liberties Union of New Jersey's ("ACLU-NJ") and AAPI New Jersey's (AAPI-NJ) (collectively, "*Amici*") application seeking my admission *pro hac vice*, pursuant to Local Civil Rule 101.1(c) of the Rules of the United States District Court for the District of New Jersey.

3. I am a member in good standing in the State of New York (admitted 2017, Attorney Matters Section, New York State Supreme Court, Appellate Division, 2nd Department, 45 Monroe Place, Brooklyn, New York, 11201, Registration No. 5487038).

4. I am also admitted to practice in the following federal jurisdictions: the United States District Court for the Southern District of New York (admitted 2019, Clerk's Office, Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl St., New York, NY 10027); and the United States District Court for the Eastern District of New York (admitted 2019, Clerk's Office, U.S. District Court for the Eastern District, 225 Cadman Plaza East, Brooklyn, NY 11201).

5. I am currently admitted *pro hac vice* in one matter pending in the United States District Court for the District of New Jersey: *Bayer Cropscience LLC, et al. v. Janssen Pharmaceutica NV, et al.*, No. 3:26-cv-00071 (admitted January 27, 2026).

6. There are no disciplinary proceedings pending against me in any jurisdiction, and no discipline has previously been imposed against me in any jurisdiction. I understand my continuing obligation during the period of my admission to advise the Court of any disciplinary proceedings that may be instituted against me.

7. I am ineligible for plenary admission to the bar of this Court pursuant to Local Civil Rule 101.1(b).

8. I am willing to submit to the jurisdiction of the Court and to comply with all of its rules and procedures. To ensure my familiarity with these regulations, I have reviewed the Local Rules of this Court.

9. I am associated in the above-captioned litigation with Anthony J. Wong of Patterson Belknap Webb & Tyler LLP. Mr. Wong is counsel of record for *Amici*, is admitted to practice in New Jersey, and is a member in good standing of the Bar of this Court.

10. Based on my expertise in the legal areas at issue in this litigation, and based on the specific request of *Amici*, I request that I be admitted *pro hac vice* in this action.

11. Pursuant to Local Civil Rule 101.1(c)(2), I agree to pay the annual fee required by the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2.

12. Pursuant to Local Civil Rule 101.1(c)(3), I agree to make the required payment of $150.00 to the Clerk of the United States District Court for the District of New Jersey.

13. I agree to be bound by the rules governing practice in New Jersey Courts as required by Local Civil Rule 101.1.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I may be subject to punishment.

Dated: New York, New York
October 30, 2026

Respectfully submitted,

*/s/ Catherine J. Djang*
Catherine J. Djang
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036-6710
Tel: (212) 336-2000
cdjang@pbwt.com