METHFESSEL & WERBEL
A Professional Corporation

JOEL N. WERBEL>
FREDRIC PAUL GALLIN*+^
WILLIAM S. BLOOM>*
ERIC L. HARRISON*+
MATTHEW A. WERBEL>
LORI BROWN STERNBACK*+
GINA M. STANZIALE>
PAUL J. ENDLER JR.>
JAMES P. CULLEN, JR.=^
THOMAS O. MULVIHILL>
JAMES FOXEN^
SARAH K. DELAHANT+
ATHINA L. CORNELL+
JEFFREY R. MERLINO±
JENNIFER A. OSBORNE+
ANDREW J. GIBBS>
JARED S. SCHURE>
RICHARD A. NELKE~
BRENT R. POHLMAN+

Of Counsel
JOHN METHFESSEL, JR.>
I. BLAKELEY JOHNSTONE, III+*
BETH A. BOLGER+
PAUL E. GRIGGS>
FRANK J. KEENAN+^

Counsel
ADAM M. CARMAN+^
SHAJI M. EAPEN+
JOSEPH C. FALK>
ANGELA M. GURRERA>
GERALD KAPLAN>
JARED P. KINGSLEY*+
JOHN R. KNODEL*+
LESLIE A. KOCH=
CHARLES T. MCCOOK, JR.*>
CHRISTINA MICHELSON+
STEVEN K. PARNESS+
KAJAL J. PATEL+
RAINA M. PITTS^
AMANDA J. SAWYER^
STEVEN A. UNTERBURGER+

Associates
EDWARD D. DEMBLING>
MICHAEL R. EATROFF>
ERICA FRANCISCO-LAU+
ERIN GALARDI<
ELENA GAMMARDELLA≥
MICHAEL GONZALEZ>
ALINA T. HASAN+
CARLOS J. JIMENEZ+
SCOTT KETTERER>
ZURAB MAISURADZE>
JOHN M. MARTIN>
HOLLY C. RENSHAW>
NICOLETTE RUBEL>
VITTORIA A. SCULCO>
MANINDER K. SINGH>
ALYCIA M. SWIFT+
TIFFANY D. TAGARELLI>

Retired
JOHN METHFESSEL, SR.>
(1935-2017)
DON CROWLEY*+
(1942-2024)
MARC DEMBLING*+
(1944-2022)
STEPHEN R. KATZMAN#
ED THORNTON>

* Certified by the Supreme Court of New Jersey as a Civil Trial Attorney
+Member of NY & NJ Bar
^Member of PA & NJ Bar
^Member of NY Bar only
>Member of NJ Bar only
#Member of NJ & LA. Bar
=Member of MA & NY Bar
<Member of MN Bar
≤Member of NJ, ID & NM Bar
≥Member of NY, NJ & CT Bar
~Member of NY, NJ & DC Bar
±Member of NY, NJ & FL Bar

**Please reply to New Jersey**

November 4, 2026

VIA ECOURTS FILING
Honorable Robert Kirsch, U.S.D.J.
United States District Court - Trenton
Clarkson S. Fisher Fed. Bldg. 402 East State Street
Trenton, NJ 08608

RE: **TAHIR, MOHAMMAD ET AL. VS. TOWNSHIP OF MARLBORO ET AL.**
Our File No. : 98795 BRP
Civil Action No. : 3:26-CV-12766-RK-JTQ

Dear Judge Kirsch:

This office represents the Defendants in the instant matter. We have discussed the currently pending motion for injunctive relief with counsel for the Plaintiffs and are jointly proposing the below briefing schedule.

December 4, 2026 – Response to Complaint; November 20, 2026, Defendant's Opposition to Preliminary Injunction Motion; December 14, 2026 Reply to Preliminary Injunction Motion.

We also acknowledge the scheduled telephone conference for the preliminary injunction for November 23, 2026, and that this schedule may obviate the need for said conference.

Should Your Honor have any questions or require any additional information these defendants shall of course provide same.

Respectfully submitted,

**METHFESSEL & WERBEL, ESQS.**

Brent Pohlman
pohlman@methwerb.com
Ext. 197

BRP:sll

cc: VIA ECOURTS FILING
VIA EMAIL: anand.agneshwar@apks.com
Anand Agneshwar, Esq.
Arnold & Porter Kaye Scholer, LLP
250 West 55th Street
New York, NY 10019

VIA EMAIL: jennifer.kwapisz@arnoldporter.com
Jennifer Kwapisz, Esq.
Arnold & Porter Kaye Scholer, LLP
250 West 55th Street
New York, NY 10019

VIA EMAIL: lee.cortes@arnoldporter.com
Lee Cortes, Jr., Esq.
Arnold & Porter Kaye Scholer, LLP
1 Gateway Center, Suite 1025
Newark, NJ 07102

VIA EMAIL: nathaniel.berman@arnoldporter.com
Nathaniel Berman, Esq.
Arnold & Porter Kaye Scholer, LLP
250 West 55th Street
New York, NY 10019

VIA EMAIL: ahsen@lawasj.com
Ahsen Saleem Janjua, Esq.
Law Firm of Ahsen S. Janjua, P.C.
c/o Law Firm of Omar T. Mohammedi, LLC
233 Broadway, Suite 820
New York, NY 10279