**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MOHAMMAD TAHIR and MUSLIM CENTER OF NEW JERSEY, INC. d/b/a MARLBORO MUSLIM CENTER,<br><br>Plaintiffs,<br><br>v.<br><br>TOWNSHIP OF MARLBORO ZONING BOARD OF ADJUSTMENT; TOWNSHIP OF MARLBORO, NEW JERSEY; JONATHAN HORNIK, in his individual capacity and official capacity as MAYOR of the TOWNSHIP OF MARLBORO, TOWNSHIP COUNCIL OF THE TOWNSHIP OF MARLBORO; MICHAEL MILMAN, ANTOINETTE DINUZZO, and NICHOLAS STELLA, in their individual capacities and official capacities as COUNCIL MEMBERS OF THE TOWNSHIP OF MARLBORO,<br><br>Defendants. | HON. ROBERT KIRSCH<br><br>Civil Action No. 3:26-cv-12766<br><br>Motion Date: November 16, 2026 |

**ORDER**

This matter, having been opened to the Court by Anthony J. Wong, Esq., of Patterson Belknap Webb & Tyler LLP, attorneys for the American Civil Liberties Union of New Jersey and AAPI New Jersey (together with the Council on American-Islamic Relations of New Jersey, the Proposed "*Amici Curiae*"), on motion for leave to file an *Amicus Curiae* Brief in support of Plaintiffs' Motion for Preliminary Injunction, ECF No. 9, the Court having reviewed the file and pleadings herein, and being otherwise fully advised in the matter, hereby finds good cause to allow *amicus* participation.

**IT IS ORDERED** that the motion of the Proposed *Amici Curiae* is hereby **GRANTED**; and it is hereby

**ORDERED** that the *Amici Curiae* shall file their Brief in support of Plaintiffs' Motion for Preliminary Injunction no later than 3 days from the date of this order.

On this _13__ day of November, 2026

______________________________

Honorable Justin T. Quinn, U.S.M.J.